PASQUALE CAVALLO, Suing on Behalf of Himself and
   Other Creditors of GIUSEPPE MARESCA, Respondent, *v.*
   WILLIAM T. EMMETT et al., as Receivers of PEOPLE'S
   SURETY COMPANY OF NEW YORK, Appellants.

Reported below, 161 App. Div. ——.
(Submitted March 30, 1914; decided April 3, 1914.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the first
judicial department, entered February 6, 1914, affirming

a judgment in favor of plaintiff entered upon the report of a referee in an action to recover on a surety bond.

The motion was made upon the ground that the judgment of affirmance was unanimous and the exceptions frivolous.

*Jeremiah J. Coughlan* for motion.

*F. Sidney Williams* opposed.

Motion denied, without costs.